# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| MCCARTHY AND COMPANY, INC., | : | No. 5 MAP 2026 |
| Appellant | : | |
| v. | : | |
| CRAIG POLLEN, CHRISTOPHER ABELL AND IRA SECOULER, | : | |
| Appellees | : | |
| MCCARTHY AND COMPANY, INC., | : | No. 6 MAP 2026 |
| Appellant | : | |
| v. | : | |
| CRAIG POLLEN, CHRISTOPHER ABELL AND IRA SECOULER, | : | |
| Appellees | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW,** this 23rd day of July, 2026, the Application to Discontinue is GRANTED.